UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS L. CONTRERAS,<br><br>Plaintiff,<br><br>v.<br><br>EDGAR CLARK, et al.,<br><br>Defendant. | **CASE NO. 1:17-cv-00905-MJS (PC)**<br><br>**ORDER DENYING PLAINTIFF'S REQUEST TO APPEAR AT SETTLEMENT CONFERENCE BY VIDEO OR TELEPHONE**<br><br>**(ECF NO. 16)** |

Plaintiff proceeds pro se and in forma pauperis in this civil rights action brought pursuant to 42 U.S.C. § 1983. The matter is currently scheduled for a March 23, 2018 settlement conference before Magistrate Judge Stanley Boone. (ECF No. 15.)

On February 2, 2018, Plaintiff filed a request to appear telephonically at the March 23, 2018 settlement conference "for the Court's and the parties' convenience". (ECF No. 16.)

While the Court allows inmates to appear telephonically for pretrial proceedings, settlement conferences are rarely productive without face to face contact with the participants. Moreover, Court's past experience has revealed the California Department of Corrections video conferencing system and telephone system to be unreliable and

insufficient for the purposes of a settlement conference.

Therefore, the Court requires parties to personally appear for settlement conferences.

This is a voluntary settlement conference. If Plaintiff chooses not to physically appear at a settlement conference, the parties may conduct their own settlement discussion without Court supervision.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's request to appear at the settlement conference by video or telephone (ECF No. 16) is DENIED.

IT IS SO ORDERED.

Dated: February 12, 2018 /s/ *Michael J. Seng*
UNITED STATES MAGISTRATE JUDGE