

FILED

MAR 26 2018

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
      DEPUTY CLERK

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS L. CONTRERAS,<br><br>    Plaintiff,<br><br>v.<br><br>EDGAR CLARK, et al.,<br><br>    Defendants. | Case No. 1:17-cv-00905-AWI-MJS (PC)<br><br>ORDER THAT INMATE CARLOS L. CONTRERAS, CDCR # T-38707 IS NO LONGER NEEDED AS A PARTICIPANT IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IF DISCHARGED |

    A settlement conference in this matter commenced on March 23, 2018, inmate Carlos L. Contreras, CDCR #T-38707, is no longer needed by the Court as a participant in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

Date: 3/23/18

_____
UNITED STATES MAGISTRATE JUDGE

1