UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS L. CONTRERAS,<br><br>Plaintiff,<br><br>v.<br><br>EDGAR CLARK, *et al*.<br><br>Defendants. | Case No. 1:17-cv-00905-LJO-JDP<br><br>ORDER DIRECTING CLERK OF COURT TO CLOSE CASE<br><br>(Docs. No. 29, 30) |

On June 5, 2018, the parties agreed that this action should be dismissed with prejudice. (Doc. No. 29.) In accordance with the parties' agreement, the case is dismissed with prejudice. *See* Fed. R. Civ. P. 41(a)(1)(A); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). The clerk of the court is directed to close this case.

IT IS SO ORDERED.

Dated: June 19, 2018   /s/ *Jeremy D. Peterson*
UNITED STATES MAGISTRATE JUDGE